```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

PAUL S. KLEIN,                       )    3:08-CV-00177-ECR-RAM
                                     )
    Plaintiff,                       )    MINUTES OF THE COURT
                                     )
vs.                                  )    DATE: February 26, 2010
                                     )
HOWARD SKOLNIK, et al.,              )
                                     )
    Defendants.                      )
_____)


PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                     NONE APPEARING

Counsel for Defendant(s)                     NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On January 22, 2010, the Magistrate Judge filed a Report and Recommendation (#63) recommending that Defendant Richard Tate's Motion for Summary Judgment (#48) be granted and that Plaintiff's Motion for Summary Judgment (#55) be denied.

    On February 5, 2010, Plaintiff filed Objections (#64) to the Report and Recommendation (#63).  The Objections (#64) are without merit.

    The Report and Recommendation (#63) is well taken.  **IT IS HEREBY ORDERED** that the Report and Recommendation (#63) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion for Summary Judgment (#48) is **GRANTED**.  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (#55) is **DENIED**.

    The Clerk shall enter judgment accordingly.


                                             LANCE S. WILSON, CLERK

                                             By       /s/
                                                   Deputy Clerk