AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PAUL S. KLEIN,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                      CASE NUMBER: **3:08-CV-00177-ECR-RAM**

HOWARD SKOLNIK, et al.,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#48) is **GRANTED**.
      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (#55)  is **DENIED**.


   March 1, 2010                                                **LANCE S. WILSON**
                                                                             Clerk


                                                                              D. R. Morgan
                                                                             Deputy Clerk